**UNDER SEAL**

**FILED**
CLERK, U.S. DISTRICT COURT

**04/20/2022**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Initial Indictment: |
| | _____ |
| | Case number to be assigned by Criminal Intake Clerk |
| v.                                           PLAINTIFF | Superseding Indictment |
| | 8:22-cr-00034(A)-CJC |
| JOHNNY MARTINEZ, ET AL., | Case number |
| | **NOTICE TO COURT OF COMPLEX CRIMINAL CASE** |
| DEFENDANT(S). | (To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex.) |

☐ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐ There are eight (8) or more defendants.   The number of defendants is _____ .

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will will exceed twelve (12) trial days.  The current estimate is _____ trial days.

☒ **Superseding Indictment**

Upon careful review of the ____1st____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☒ There are eight (8) or more defendants.   The number of defendants is ____31____ .  The previous number of defendants was ____2____ .

and/or

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will will exceed twelve (12) trial days.  The current estimate is ____90____ trial days.  The previous estimate was ____14____ trial days.

| | |
|---|---|
| April 20, 2022 | DANIEL H. AHN |
| Date | Assistant United States Attorney |